**Order entered February 24, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00112-CV

### CITY OF FORT WORTH, TEXAS, Appellant

### V.

### JOEL F. FITZGERALD, SR., PH. D., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08184**

## ORDER

Before the Court is appellee's February 20, 2020 motion for leave to file a supplemental letter brief concerning this Court's jurisdiction over his cross-appeal. We **GRANT** the motion. We **ORDER** the supplemental letter brief tendered to this Court on February 20, 2020 filed as of the date of this order.

Appellant shall file its letter brief addressing the jurisdictional issue by March 2, 2020.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE